
RECEIVED
CHARLOTTE, N.C.
JUL 29 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 3:04CR258-01 |
| | ) | |
| McARTHUR MITCHELL | ) | |

### ORDER

UPON MOTION of the defendant's counsel, and for good cause shown, **IT IS HEREBY ORDERED THAT** the defendant be allowed an extension of time within which to report to the U.S. Marshall's office to begin incarceration pursuant to the sentence imposed on April 8, 2005, by the Honorable Graham C. Mullen. Said extension of time shall include the date of August 2, 2005, which is the date incarceration was to begin until _September 2, 2005_.

This the 2nd day of _August_, 2005.

_____
THE HONORABLE GRAHAM C. MULLEN
Chief United States District Court Judge