UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-258-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| McARTHUR MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the court upon the Government's motion to reduce Defendant's sentence from thirteen months to a split sentence of five months incarceration with work release recommended, followed by five months home detention without electronic monitoring with work release pursuant to Rule 35 of the Federal Rules of Civil Procedure. Defendant provided substantial assistance to the Government, therefore, the Court GRANTS the Government's motion.

**IT IS, THEREFORE, ORDERED** that the Government's motion to reduce Defendant's sentence is **GRANTED**. The Clerk of Court is directed to issue an amended judgment in accordance with this Order.

**Signed: August 1, 2005**

Graham C. Mullen
Chief United States District Judge